FILED

2014 MAY 15  AM 11: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **PLAINTIFF(S)** | CASE NUMBER | 14 - 0966 M |
| v. | | |
| ERIC EDGAR | | **AFFIDAVIT RE** |
| **DEFENDANT(S).** | | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _HSI_

in the _Northern_ District of _California_ on _04-16-2014_

at _8:11_ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about _____

in violation of Title _21_ U.S.C., Section(s) _846_

to wit: _____

A warrant for defendant's arrest was issued by: _Northern District of California_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _5/15/14_ , by

_____ , Deputy Clerk.

| _ROEMOR VILCA_ |
|---|
| **Signature of Agent** | **Print Name of Agent** |

| _HSI_ | _Special Agent_ |
|---|---|
| **Agency** | **Title** |

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT