# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ERIC EDGAR DEFENDANT(S). | CASE NUMBER: 14-0966M<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

*2014 MAY 15 AM 11:35 — CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES — FILED*

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 05-14-2014  0900  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked:
   21 USC 846 and 21 USC 841(a)(1) - Conspiracy to manufacture
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1967
8. The defendant is:   ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: no
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel?   ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: duty officer   5-14-2014   Time: 1400   AM / PM
14. Remarks (if any): _____

15. Date: 05-15-2014
16. Name: Roemer Villa (Please Print)
17. Agency: HSI
18. Signature: [signature]
19. Office Phone Number: 562-209-5860

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION