AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

14-0966M

United States of America
v.
ERIC EDGAR

Defendant

Case No. 1 14 70535 NJV

UNDERSEAL

FILED 2014 MAY 15 AM 11:35 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ERIC EDGAR,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Manufacture and Possess with Intent to Distribute 1,000 or more Marijuana Plants -- 21 United States Code Section 846

Manufacture and Possession with Intent to Distribute 1,000 or more Marijuana Plants -- 21 United States Code Section 841(a)(1)

Date: 4/16/14

_____
*Issuing officer's signature*

City and state: San Francisco, California

Hon. Nandor J. Vadas, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*