ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
VANESSA BAEHR-JONES (Cal. Bar No. 281715)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0511
     Facsimile: (213) 894-0141
     E-mail:    vanessa.baehr-jones@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>          Plaintiff, <br><br>               v. <br><br> ERIC EDGAR, <br><br>          Defendant. | No. MJ 14-966-DUTY <br><br> STIPULATION TO CONTINUE PRELIMINARY HEARING DATE <br><br> Current Date:     May 20, 2014 <br><br> **Proposed Date:   May 23, 2014** |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Vanessa Baehr-Jones, and Defendant Eric Edgar, individually and by and through his counsel of record, Peter Arian, hereby stipulate as follows:

     1.   On May 15, 2014, defendant made his initial appearance in the Central District of California on a complaint filed in the Northern District of California on April 16, 2014, which charges defendant with conspiracy to manufacture and possess with intent to distribute 1,000 or more marijuana plants, in violation of 18 U.S.C.

1 § 846, and manufacture and possession with intent to distribute 1,000
2 or more marijuana plants, in violation of 18 U.S.C. § 841(a)(1).
3     2.  On May 15, 2014, the Court ordered defendant detained and
4 set a preliminary hearing date and identity hearing date of May 20,
5 2014.
6     3.  By this stipulation, the parties request the Court continue
7 the preliminary hearing date to May 23, 2014, based upon the
8 following facts which demonstrate good cause:
9         a.  Defendant's initial appearance in the Central District
10 of California was on the afternoon of Thursday, May 15, 2014.
11        b.  The government submits that the earliest the Assistant
12 United States Attorney in the Northern District of California could
13 obtain an indictment of defendant is May 20, 2014, the next day on
14 which the Grand Jury for the Northern District of California sits.
15        c.  While there are some local officers and agents who
16 could present evidence in a preliminary hearing, the case agent and
17 others most familiar with the facts of the case are located in the
18 Northern District of California.  Having a preliminary hearing just
19 three court days after the initial appearance presents little time to
20 rearrange work responsibilities and to coordinate travel to Los
21 Angeles, should their testimony be necessary.
22        d.  A preliminary hearing date of May 23, 2014, is well
23 within the 14-day deadline provided by Federal Rule of Criminal
24 //
25 //
26 //
27
28

Procedure 5.1 and within the deadlines of the Speedy Trial Act.

    IT IS SO STIPULATED.

Dated: May 19, 2014          Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

      /s/
VANESSA BAEHR-JONES
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

      /s/
PETER ARIAN
Deputy Federal Public Defender

Attorney for Defendant
ERIC EDGAR

[with permission]