ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
VANESSA BAEHR-JONES (Cal. Bar No. 281715)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0511
    Facsimile: (213) 894-0141
    E-mail:   vanessa.baehr-jones@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 14-966-DUTY |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE ARRIVAL OF PROCESS HEARING DATE |
| v. | |
| ERIC EDGAR, | Current Date and Time:<br>    May 22, 2014 at 11:00 a.m. |
| Defendant. | **Proposed Date and Time:**<br>    **May 23, 2014 at 10:00 a.m.** |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Vanessa Baehr-Jones, and Defendant Eric Edgar, individually and by and through his counsel of record, Peter Arian, hereby stipulate as follows:

    1.   On May 20, 2014, the Court held an identity hearing in the above captioned case. At the conclusion of the hearing, the Court set another hearing for May 22, at 11 a.m., at which time defendant would receive arrival of process.

1        2.   The government has produced to defense counsel an
2   electronic copy of the signed indictment from the Northern District
3   of California, which is also attached to this stipulation as exhibit
4   one.
5        3.   By this stipulation, the government requests the Court
6   continue the arrival of process hearing to May 23, 2014, at 10 a.m.
7        4.   Defendant does not object to this requested continuance.
8        IT IS SO STIPULATED.

Dated: May 21, 2014                    Respectfully submitted,

                                       ANDRÉ BIROTTE JR.
                                       United States Attorney

                                       ROBERT E. DUGDALE
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                             /s/
                                       _____
                                       VANESSA BAEHR-JONES
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


                                             /s/
                                       _____
                                       PETER ARIAN
                                       Deputy Federal Public Defender

                                       Attorney for Defendant
                                       ERIC EDGAR

                                       [with permission]