UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. __14-MJ-966__  CourtSmart __C/S__  Date: __MAY 20, 2014__

Present: The Honorable __VICTOR B. KENTON__, U.S. Magistrate Judge

__R. Horan__                __Vanessa Baehr-Jones__              __n/a__
*Deputy Clerk*            *Assistant U.S. Attorney*         *Interpreter / Language*

USA v. ERIC EDGAR

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Peter Arian (Special Appearance for Charles Brown)

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**I. PROCEEDINGS:**  ☑ IDENTITY HEARING  ☐ REMOVAL HEARING  ☑ PRELIMINARY HEARING
☐ RE POSSIBLE RULE 20  ☑ ARRIVAL OF PROCESS
☐ FURTHER PROCEEDINGS RE _____

☑ Process   ☐ received   ☑ not received
☑ Witness(es) CST   ☑ Exhibits Marked   ☑ See separate list.
☑ Court orders that exhibits be returned to the respective counsel / party of record.  ☑ See receipt for Release of Exhibits to Counsel.
☑ Court finds defendant  ☑ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information
☑ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.   ☐ Process received.   ☐ Process not received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☐ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: _____ By: _____.
   ☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II. PROCEEDINGS: DETENTION HEARING**
☐ Government's request for detention is:  ☐ GRANTED   ☐ DENIED   ☐ WITHDRAWN   ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ Court sets bail at: $ _____  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST   ☐ Exhibits Marked   ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.   ☐ Release Order Issued - Release No.: _____

☑ Court orders case continued to __MAY 22, 2014__ at __11:00__  ☑ a.m.  ☐ p.m. for __Arrival of Process__ before Judge __VICTOR B. KENTON__ in courtroom __590, 5th Floor__.

☑ Other: Per Government Counsel, an Indictment was filed in this case. Based on this representation, the preliminary proceedings are MOOT and the matter is VACATED.

I. _____ : 20 mins
II. _____ : _____

Deputy Clerk Initials __rh__

M-50 (06/10)           MINUTES - RULE 5/20 HEARING / DETENTION HEARING