# LIST OF EXHIBITS AND WITNESSES

| Case Number | 14-MJ-966 | Title | UNITED STATES OF AMERICA v. ERIC EDGAR |
|---|---|---|---|
| Judge | VICTOR B. KENTON, UNITED STATES MAGISTRATE JUDGE | | |
| Dates of Trial or Hearing | MAY 20, 2014 | | |
| Court Reporters or Tape No. | COURTSMART | | |
| Deputy Clerks | R. HORAN | | |

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| VANESSA BAEHR-JONES, AUSA | PETER ARIAN, FPD (Special Appearance for Charles Brown) |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| 1 | X | X | | | | Photo of Defendant | Govt. |
| | | | | | | Witness: Roemer Villa, Special Agent ICE | Govt. |