NAME & ADDRESS

FILED
CLERK, U.S. DISTRICT COURT
MAY 20 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S),

v.

ERIC EDGAR

DEFENDANT(S).

CASE NUMBER: 14-966M

**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL**

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the ~~joint~~ Plaintiff's exhibit list are hereby being returned to counsel for the respective party(ies) *except* the following exhibit(s):

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

5-20-2014
Date

VANESSA BAEHR JONES
Counsel for: ☒ Plaintiff ☐ Defendant ☐ _____

_____
Signature                          Telephone Number

_____
Date

Counsel for: ☐ Plaintiff ☐ Defendant ☐ _____

_____
Signature                          Telephone Number

================================================================================

I hereby certify that the above-mentioned exhibits were returned to counsel as indicated above this date.

5/20/2014
Date

Clerk, U. S. District Court
By _____
Deputy Clerk

cc: Judge    Exhibits Custodian    Counsel Signing Document

G-38 (06/98)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL