UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. __14-MJ-966_____  CourtSmart __C/S_____  Date: __MAY 22, 2014_____

Present: The Honorable __VICTOR B. KENTON_____, U.S. Magistrate Judge

| __R. Horan__ | __Vicki Chou__ | __n/a__ |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter / Language |

USA v. ERIC EDGAR

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Charles Brown

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

I. **PROCEEDINGS:**  ☐ IDENTITY HEARING  ☐ REMOVAL HEARING  ☐ PRELIMINARY HEARING
   ☐ RE POSSIBLE RULE 20  ☑ ARRIVAL OF PROCESS
   ☐ FURTHER PROCEEDINGS RE _____

☑ Process  ☑ received  ☐ not received
☐ Witness(es) CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information
☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☑ IT IS ORDERED that the defendant return to the originating district and proceedings be terminated in this district.
☐ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to __Northern_____ District of __California @ San Francisco_____
☐ Bond to transfer, if bail is posted. Defendant ordered to report on or before _____
☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin. Date issued: __5/22/2014_____ By: __R. Horan_____.
   ☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

II. **PROCEEDINGS: DETENTION HEARING**
☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR **CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____  ☐ a.m.  ☐ p.m. for _____
before Judge _____ in courtroom _____ .

☐ Other: _____

I. _____ : 2 mins. _____
II. _____ : _____
Deputy Clerk Initials __rh_____